1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, California 94103
   Telephone: (415) 814-3397
4  Facsimile: (415) 255-8631
   alex@alexmcclurelaw.com
5

6  Attorney for Defendant ARAKELIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-534 WHO |
| Plaintiff, | ***UNOPPOSED*** **MOTION FOR TEMPORARY MODIFICATION OF DEFENDANT ARTUR ARAKELIAN'S PRETRIAL RELEASE CONDITIONS; PROPOSED ORDER** |
| vs. | |
| ARTUR ARAKELIAN, | **Court: Hon. Thomas S. Hixson** |
| Defendant. | **United States Magistrate Judge** |

Defendant Artur Arakelian, by and through his counsel, K. Alexandra McClure, requests that the terms of his pretrial release be temporarily modified to allow international travel in November 2019. In order to travel, Mr. Arakelian seeks the temporary return of his United States Passport from the U.S. Pretrial Services Office. The reason for the request is that Mr. Arakelian would like to travel with his wife and children to attend the wedding of his daughter. Mr. Arakelian and his family plan to be out of the country for one week. Counsel for Mr. Arakelian has conferred with the assigned Pretrial Officer,

Denise Mancia and the officer supervising him in the Central District, Adriana Corona, who reports that Mr. Arakelian has been in full compliance with all of his release conditions since his release by this Court in December 2018.  Therefore, Ms. Mancia has no objection to the defendant's request.  Given Pretrial's concurrence with the request, the assigned Assistant United States Attorney, Andrew Dawson, informed undersigned counsel that he has no objection to the request.  Pretrial Services and the US Attorney request that Mr. Arakelian provide all travel details and contact information to Pretrial Services in advance of travel, and that he obtain his passport from Pretrial Services 24 hours before his travel and return it to the Pretrial Services Office within 24 hours of the defendant's return to the United States.  Mr. Arakelian promises to adhere to these conditions.

      Given the parties' agreement, Mr. Arakelian does not request a hearing on this motion.

Dated: October 14, 2019.                                            Respectfully submitted,


                                                                           /s/
                                                          K. ALEXANDRA McCLURE
                                                          Attorney for Artur Arakelian

**[PROPOSED] ORDER**

For the reasons stated in the defendant's motion, and with the agreement of the parties, the travel restriction previously imposed by this Court is temporarily modified to allow the defendant, Artur Arakelian, to travel to the Bahamas for one week from November 1-7, 2019 to attend a family wedding. The defendant must provide a detailed itinerary and all contact information where the defendant may be reached during travel to the U.S. Pretrial Services Office. The Pretrial Services Office shall return Mr. Arakelian's passport to him 24 hours in advance of travel and Mr. Arakelian shall return his passport to the Pretrial Office within 24 hours of his return to the United States. The defendant shall continue to abide by all other release conditions as previously ordered by the Court.

IT IS SO ORDERED.

Dated: October __, 2019

_____
THOMAS S. HIXSON
U.S. Magistrate Judge