# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE
450 Golden Gate Ave., Suite 17-6884
San Francisco, CA 94102
TEL: (415) 436-7540
FAX: (415) 581-7410

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

April 21, 2021

The Honorable William H. Orrick III
United States District Judge

Re: U.S. v. Artur Arakelian
Docket No: 0971 3:18CR00534-001 WHO
**TRAVEL REQUEST**

Your Honor:

On May 7, 2020, Mr. Arakelian was sentenced to three years probation for a violation of Count One: 18 U.S.C. § 371 – Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs (Class D Felony). The following special conditions of supervision were ordered: $100 assessment; six months Location Monitoring Program; financial disclosure; no contact with codefendants; DNA collection; expanded search. Supervision commenced on May 7, 2020, and supervision was subsequently transferred to the Central District of California on May 13, 2020.

Mr. Arakelian has requested permission to travel to Nassau, Bahamas, from May 12, 2021, through May 19, 2021. The purpose for this trip is to celebrate his 60th birthday. Since the start of Mr. Arakelian's probation sentence, he has maintained full time employment with no known violations to report to the Court. Mr. Arakelian is currently being supervised on an Administrative Low-Risk Caseload and the international travel is supported by his supervising probation officer. Mr. Arakelian has communicated to the probation office that he has reviewed all requirements and instructions of the State Department for travel to the Bahamas and able to meet the travel requirements.

It is respectfully recommended that the travel request be approved. It is also requested that the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

NDC-SUPV-FORM-046 06/01/2015

RE: Arakelian, Artur 2
0971 3:18CR00534-001 WHO

Respectfully submitted, Reviewed by:

*Joseph Milliken* *Aaron Tam*
_____ _____
Joseph Milliken Aaron Tam
U.S. Probation Officer Supervisory U.S. Probation Officer
Date Signed: April 21, 2021

---

Travel is:

☒ Approved. In addition, the Court grants the probation office discretion to approve any changes in travel dates pertaining to this request, if necessary.

☐ Denied

April 22, 2021 _____
_____ The Honorable William H. Orrick III
Date United States District Judge