# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3434
TEL: (415) 436-7540
FAX: (415) 581-7410

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER II

**AMY RIZOR**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER



March 16, 2022

The Honorable William H. Orrick III
United States District Judge

Re: U.S. v. Luis Villarreal
Docket No: 0971 3:19CR00137-001 EMC
**TRAVEL REQUEST**

Your Honor:

On May 7, 2020, Mr. Arakelian was sentenced by Your Honor to three years probation for a violation of the following: Count One: Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs, 18 U.S.C §371, a Class D felony. The following special conditions of supervision were ordered: $100 special assessment; DNA; expanded search; not associate or have contact with codefendants; access to financial information, and six months location monitoring. Supervision commenced on May 7, 2020. Mr. Arakelian is being supervised in the Central District of California.

On March 16, 2022, Mr. Arakelian's probation officer in the Central District of California submitted an international travel request. Specifically. Mr. Arakelian would like to travel to Yerevan, Armenia, from March 26, 2022, to April 22, 2022, for a family reunion. He is currently being supervised on an administrative caseload and in compliance with all supervision terms and conditions. Additionally, he has remained gainfully employed since 2018.

It is respectfully recommended that travel be approved. It is also requested that the Court provide the Probation Office with the discretion to approve ay changes in travel dates, if necessary.

Respectfully submitted,                           Reviewed by:

_____                         _____
Michael J. Primeau                                Michael J. Primeau
Supervisory U.S. Probation Officer                Supervisory U.S. Probation Officer

NDC-SUPV-FORM-046 06/01/2015

**RE:** Arakelian, Artur 2
 0971 3:18CR00534-001 WHO

Travel is:
☒ Approved
☐ Denied

___March 18, 2022___   ___[signature]___
Date   Willian H. Orrick III
 United States District Judge